[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16813
Non-Argument Calendar
_____

D.C. Docket No. 0:16-cr-60182-BB-4


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN ANTONIO SANTANA PIMENTA,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(September 1, 2017)

Before JORDAN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jose Rafael Rodriguez, appointed counsel for Ruben Santana Pimenta in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Santana Pimenta's conviction and sentence are **AFFIRMED**.